No. 408. CHAPLIN v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 413. AJEM LABORATORIES, INC., ET AL. v. C. M. LADD CO., INC., ET AL. C. A. 6th Cir. Certiorari denied.

No. 414. DUNN v. NEWSPAPERS, INC. Ct. Civ. App. Tex., 10th Sup. Jud. Dist. Certiorari denied.

No. 426. AETNA CASUALTY & SURETY CO. v. PACIFIC EMPLOYERS INSURANCE CO. C. A. 6th Cir. Certiorari denied.

No. 427. DAWSON v. RICHARDSON, SECRETARY OF HEALTH, EDUCATION, AND WELFARE. C. A. 5th Cir. Certiorari denied.

No. 431. KURFESS v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 433. BROTHERHOOD OF LOCOMOTIVE FIREMEN & ENGINEMEN ET AL. v. UNION PACIFIC RAILROAD CO. ET AL. C. A. 9th Cir. Certiorari denied.

No. 435. JOHNSON v. KENTUCKY. Ct. App. Ky. Certiorari denied.

No. 437. SELLERS ET AL. v. TIME, INC. C. A. 3d Cir. Certiorari denied.

No. 438. SCRIVEN v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 439. TESTA v. UNITED STATES; and
No. 447. RIGGIO v. UNITED STATES. C. A. 2d Cir. Certiorari denied. Reported below: 429 F. 2d 378.

No. 440. EASTER v. AETNA INSURANCE CO. C. A. 4th Cir. Certiorari denied.